400 P.3d 604

BANK OF NEW YORK MELLON fka Bank of New York, Not In Its Individual Capacity but solely as Trustee for Benefit of Certificate Holders of CWMBS 2006-10 Trust, Mortgage Pass Through Certificates, Series 2006-10, Respondent/Plaintiff-Appellee,

v.

R. ONAGA, INC., A HAWAI'I CORPORATION, Respondent/Defendant-Appellant,

and

Robert Nisperos Marquez; Marlyn Miranda Marquez; Mortgage Electronic Registrations Systems, Inc., solely as nominee for Castle & Cooke Mortgage, LLC, a Hawai'i corporation; Department of Taxation, State of Hawai'i; United States of America, Department of the Treasury, Internal Revenue Service, Respondents/Defendants-Appellees,

and

Lyle Anthony Ferrara and Linda Susan Ferrara, Petitioners/Intervenors.
(Civil No. 11-1-2095)

R. Onaga, Inc., a Hawai'i corporation, Respondent/Defendant-Appellant,

v.

Robert Nisperos Marquez; Marlyn Miranda Marquez; Bank of New York Mellon, Trustee; Mortgage Electronic Registrations Systems, Inc.; Department of Taxation, State of Hawai'i; Internal Revenue Service, Department of the Treasury, U.S.A., Respondents/Defendants-Appellees.,

and

Lyle Anthony Ferrara and Linda Susan Ferrara, Petitioners/Intervenors.
(Civil No. 12-1-1758)

SCWC-14-0000426

Supreme Court of Hawai'i.

DATED: Honolulu, Hawai'i,
August 22, 2017.

(By: Recktenwald, C.J., Nakayama, Pollack, and Wilson, JJ., and Circuit Judge Kim, in place of McKenna, J., recused)

## ORDER DENYING MOTION FOR RECONSIDERATION

Respondent/Defendant-Appellant R. Onaga, Inc., timely filed a motion for reconsideration (Motion) on August 11, 2017, asking this court to reconsider our August 3, 2017 opinion (Opinion).

This court, having reviewed the Motion, together with the Opinion, and the records and files in this case,

IT IS HEREBY ORDERED that the Motion is denied.